ELIZABETH DOLAN SCOTT          STATE BAR NO. 241376
RICHARD J. REYNOLDS            STATE BAR NO. 89911
TURNER, REYNOLDS, GRECO & O'HARA
A Law Corporation
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618-3837

Telephone:  949 474-6900
Facsimile:  949 474-6907
E-Mail:     escott@trlawyers.com
            rreynolds@trlawyers.com

Attorneys for Defendant, MTC Financial Inc., dba Trustee Corps

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROMANDO CAMELLO AND GINA CAMELLO,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC FEDERAL BANK, FSB; MTC FINANCIAL INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 2:10-cv-00584-JAM-DAD<br><br>[~~PROPOSED~~] ORDER RE MOTION TO DISMISS COMPLAINT AGAINST MTC FINANCIAL CORPS, dba TRUSTEE CORPS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION TO STRIKE<br><br>DATE:  July 7, 2010<br>TIME:  9:30 a.m.<br>CRTM:  6 |

On ~~July 7~~ August 11, 2010, the Court having granted Defendant MTC FINANCIAL INC., dba TRUSTEE CORPS' Motion to Dismiss Complaint against MTC FINANCIAL INC.:

IT IS HEREBY ORDERED that Defendant MTC FINANCIAL INC. is hereby dismissed, with prejudice.

Dated: 8-11-10

JOHN A. MENDEZ
JUDGE OF THE UNITED STATES DISTRICT COURT

853516.482
00254804.WPD; 1                1      [PROPOSED] ORDER RE MOTION TO DISMISS